**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2360**

_____

MARLA CRAWFORD,

              Plaintiff - Appellant,

     v.

DEPARTMENT OF CORRECTIONAL EDUCATION,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:11-cv-00430-HEH)

_____

Submitted:  April 26, 2012        Decided:  April 30, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marla Crawford, Appellant Pro Se.  Andrew Joseph Mulcunry, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marla Crawford appeals the district court's order denying relief on her employment discrimination and retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Crawford v. Dep't of Corr. Educ., No. 3:11-cv-00430-HEH (E.D. Va. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED